1 **CAROL ANN MOSES  #164193**
Attorney at Law
2 7636N. Ingram Ave., #104
Fresno, California  93720
3 Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
4

5 Attorney for Defendant, DANIEL ORELLANA-GUZAMN

6

7

8                       UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO. 6:17-mj-00093

12                 Plaintiff,             **STIPULATION TO CONTINUE STATUS**
                                          **CONFERENCE TO FEBRUARY 27, 2018;**
13        v.                              **ORDER THEREON**

14 DANIEL ORELLANA-GUZMAN,

15                 Defendant.

16

17        **IT IS HEREBY STIPULATED** by and between the Defendant, DANIEL ORELLANA-

18 GUZMAN, his attorney of record, CAROL ANN MOSES, and the Legal Officer for the National

19 Park Service, SUSAN ST. VINCENT, that the Status Conference in the above-captioned matter

20

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

currently scheduled for February 6, 2018, at 10:00 a.m. be continued until February 27, 2018, at 10:00 a.m.

Defense counsel is Treasurer for the Eastern District Conference Committee which meets at noon the first Tuesday of every month. She is required to attend all meetings.

Dated:  December 12, 2017             /s/ Carol Ann Moses
                                                    CAROL ANN MOSES
                                                    Attorney for Defendant,
                                                    DANIEL ORELLANA-GUZMAN

Dated:  December 12, 2017             /s/ Susan St. Vincent
                                                    SUSAN ST. VINCENT
                                                    Legal Officer
                                                    National Park Service

## ORDER

The Court accepts the above Stipulation and adopts its terms as the Order of this court. Accordingly, the February 6, 2018, Status Conference for Daniel Orellana-Guzman, Case 6:17-mj-00093-MJS, is continued to February 27, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   December 14, 2017      /s/ Michael J. Seng
                                                      UNITED STATES MAGISTRATE JUDGE