**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
DANIEL ORELLANA GUZMAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 6:17-mj-00093 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE REVIEW |
| | ) | HEARING TO SEPTEMBER 24, 2019; |
| | ) | ORDER THEREON |
| vs. | ) | |
| | ) | |
| | ) | Date:   September 24, 2019 (Proposed) |
| DANIEL ORELLANA GUZMAN, | ) | Time:   10:00 AM |
| | ) | Judge: Jeremy D. Peterson |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    **IT IS HEREBY STIPULATED** by and between the Defendant, DANIEL ORELLANA-

GUZMAN, his attorney of record, CAROL ANN MOSES, and Yosemite Legal Officer, SUSAN

ST. VINCENT, that the Review Hearing in the above-captioned matter currently scheduled for

September 17, 2019 at 10:00 AM be continued until September 24, 2019 at 10:00 AM. The

government has no objection.

///

///

///

///

///

///

1    Defense Counsel respectfully requests additional time to confirm or deny that Mr.

2    Orellana-Guzman has paid his $1,000.00 fine pursuant to his Deferred Judgment Agreement.

3    Defense Counsel had spoken to Mr. Orellana-Guzman in November of 2018 during which time

4    Mr. Orellana-Guzman stated he was planning on sending his payment in the coming days. His

5    payment was due December 6, 2018.

6    Mr. Orellana-Guzman's Order to Pay Probation Pursuant to a Deferred Judgment

7    Agreement had provided instructions to send his payment to The Central Violation Bureau,

8    whose address is P.O. Box 71363, Philadelphia, PA 19176 and whose phone number is 1-800-

9    827-2982. It is believed that this is the wrong address to send payments such as these. The Central

10   Violations Bureau in Philadelphia, PA has been contacted, and the only information on Mr.

11   Orellana-Guzman that they were able to recover was his full name; no charges, due date, or

12   information regarding a payment was available to their office.

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1          Defense counsel respectfully requests additional time to further investigate whether or not

2    Mr. Orellana-Guzman has paid his fine and statutory assessment.

3

4

5    Dated: September 16, 2019                 /s/ Carol Ann Moses

6                                                    CAROL ANN MOSES
                                                     Attorney for Defendant,

7                                                    DANIEL ORELLANA-GUZMAN

8

9    Dated: September 16, 2019                 /s/ Susan St. Vincent

10                                                   SUSAN ST. VINCENT
                                                     Yosemite Legal Officer

**ORDER**

The above request to continue the review hearing in Case No. 6:17-mj-00093 to

September 24, 2019 at 10:00 AM is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.


Dated:    September 16, 2019    

_____

UNITED STATES MAGISTRATE JUDGE