| | |
|---|---|
| 1 | Susan St. Vincent |
| 2 | Legal Officer |
| | NATIONAL PARK SERVICE |
| 3 | Legal Office |
| | P.O. Box 517 |
| 4 | Yosemite, California 95389 |
| 5 | Telephone: (209) 372-0241 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:17-mj-0093-JDP |
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| DANIEL ESTEBAN ORELLANA GUZMAN, | |
| Defendant. | |

The Defendant having met all conditions of the Deferred Entry of Judgement, the United States hereby moves the Court for an order of dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon.

Dated: October 25, 2019            /S/ Susan St. Vincent
                                   Susan St. Vincent
                                   Legal Officer
                                   Yosemite National Park

1

ORDER

Upon application of the United States, and good cause having been shown therefor, I order that the above-referenced matter, *United States v. Orellana Guzman 6:17-mj-0093-JDP*, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   October 29, 2019                                    _____
                                                             UNITED STATES MAGISTRATE JUDGE